UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESSICA HARRIS,

    Plaintiff,

v.                           Case No. 3:23-cv-223-HES-JBT

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION, LLC,
SYNCHRONY BANK and
MIDLAND CREDIT MANAGEMENT, INC.,

    Defendants.
_____/

## O R D E R

This cause is before this Court on a "Stipulation of Dismissal with Prejudice of Trans Union LLC" (Dkt. 46).

Accordingly, it is **ORDERED**:

Based on to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., the "Stipulation of Dismissal with Prejudice of Trans Union LLC" (Dkt. 46)" is **GRANTED**, and this action is **dismissed with prejudice** as to Defendant Trans Union LLC.

DONE AND ENTERED at Jacksonville, Florida, this 26 day of October 2023.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Max H. Story, Esq.
Austin James Griffin, Esq.
Maria Helena Ruiz, Esq.
Linda S. LaRue, Esq.
Maria Eugenia Castro Sanchez, Esq.
John Michael Marees, II, Esq.
Lauren M. Burnette, Esq.

2