UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JESSICA HARRIS,**
    **Plaintiff,**

v.                                      Case No. 3:23-cv-223-HES-JBT

**EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION, LLC,
SYNCHRONY BANK and
MIDLAND CREDIT MANAGEMENT, INC.,**
    **Defendants.**
_____/

## O R D E R

This matter is before this Court on the parties' "Amended Joint Stipulation of Dismissal with Prejudice" (Dkt. 52).

Accordingly, it is **ORDERED**:

1. Based on Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties' "Amended Joint Stipulation of Dismissal with Prejudice" (Dkt. 52) is **GRANTED**, and this action is dismissed with prejudice with each party to bear its own attorneys' fees and costs; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this _8__ day of March 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Max H. Story, Esq.
Austin James Griffin, Esq.
Maria Helena Ruiz, Esq.
Linda S. LaRue, Esq.
Maria Eugenia Castro Sanchez, Esq.
John Michael Marees, II, Esq.
Lauren M. Burnette, Esq.